| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | CASE NO.: |
|---|---|
| **Ghadir Mounib** | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/25/2025        Ghadir Mounib                                         *[signature]*
                        Printed name of Debtor 1                              Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____
                              Printed name of Debtor 2                Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                              **F 1002-1.EMP.INCOME.DEC**

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement *** DUPLICATE *** | Direct Deposit 99056305 |
|---|---|---|

| Recipient | TAMBRA G | | ID 2471542 | |
|---|---|---|---|---|
| Payee/Provider | Ghadir Mounib | | ID 003249803 | |
| Service Period: | 02/16/2025 to 02/28/2025 | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4211308980 | Federal | $ 0.00 | $ 0.00 |
| | | State | $ 0.00 | $ 0.00 |
| Process Date: | 03/07/2025 | FICA | $ 45.40 | $ 263.62 |
| Pay Rate: | $18.50 | Medicare | $ 10.62 | $ 61.65 |
| Hours Submitted | H 39 | M 35 | SDI/DIEC | $ 8.78 | $ 51.02 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 39 | M 35 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 113.26 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 732.29 | $ 4,251.89 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 0.00 | $ 0.00 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 732.29** | **$ 4,251.89** |
| **Net Pay** | **$ 622.49** | **$ 3,762.34** |

| | | | Total Deductions | $ 109.80 | $ 489.55 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement  **\* DUPLICATE \*** | Direct Deposit 99503944 |
|---|---|---|

| Recipient | TAMBRA G | | | ID 2471542 | |
|---|---|---|---|---|---|
| Payee/Provider | Ghadir Mounib | | | ID 003249803 | |
| Service Period: | 02/01/2025 to 02/15/2025 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4209955301 | | Federal | $ 0.00 | $ 0.00 |
| | | | State | $ 0.00 | $ 0.00 |
| Process Date: | 02/26/2025 | | FICA | $ 48.18 | $ 218.22 |
| Pay Rate: | $18.50 | | Medicare | $ 11.26 | $ 51.03 |
| Hours Submitted | H 42 | M 00 | SDI/DIEC | $ 9.33 | $ 42.24 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 42 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 68.26 |
| | **Current** | **YTD** | | | |
| Regular* | $ 777.00 | $ 3,519.60 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 777.00** | **$ 3,519.60** | | | |
| **Net Pay** | **$ 708.23** | **$ 3,139.85** | **Total Deductions** | **$ 68.77** | **$ 379.75** |

\*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99639085 |
|---|---|---|

| Recipient | TAMBRA G | | ID 2471542 | |
|---|---|---|---|---|
| Payee/Provider | Ghadir Mounib | | ID 003249803 | |
| Service Period: | 01/16/2025 to 01/31/2025 | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4208648529 | Federal | $ 0.00 | $ 0.00 |
| | | State | $ 0.00 | $ 0.00 |
| Process Date: | 02/07/2025 | FICA | $ 35.84 | $ 170.04 |
| Pay Rate: | $18.50 | Medicare | $ 8.39 | $ 39.77 |
| Hours Submitted | H 46 | M 22 | SDI/DIEC | $ 6.94 | $ 32.91 |
| Hours Not Paid | H 15 | M 07 | | | |
| Total Hours Paid | H 31 | M 15 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 23.26 | $ 68.26 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 578.13 | $ 2,742.60 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 0.00 | $ 0.00 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 578.13** | **$ 2,742.60** |
| **Net Pay** | **$ 503.70** | **$ 2,431.62** | **Total Deductions** | **$ 74.43** | **$ 310.98** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.



University of Redlands
1200 East Colton Avenue
Redlands, CA 92373

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/21/2025 |
| Period End Date | 03/07/2025 |
| Pay Date | 03/14/2025 |
| Document | 120796 |
| **Net Pay** | **$653.90** |

## Pay Details

**GHADIR MOUNIB**
1237 N HOLLYWOOD WAY
APT A
BURBANK, CA 91505
USA

| | | | |
|---|---|---|---|
| Employee Number | 001002930 | Pay Group | Woodbury |
| SSN | XXX-XX-XXXX | Location | Woodbury |
| Job | Student Worker | Unit | 147312 - WU Making Complex |
| Pay Rate | $17.28 | Object | 54400 - Student Wages - NWS |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Non Work Award | 20.000000 | $345.60 | |
| Non Work Award | 15.000000 | $259.20 | |
| Non Work Award | 5.000000 | $90.00 | $2,168.73 |
| Work Award | 0.000000 | $0.00 | $268.36 |

Total Hours Worked  0.000000     Total Hours  40.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $40.90 | $132.83 |
| CA State Income Tax | $0.00 | $7.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 6.2316 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx4022 | Checking | $653.90 |
| Total | | $653.90 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $694.80 | $694.80 | $40.90 | $0.00 | **$653.90** |
| YTD | $2,437.09 | $2,437.09 | $139.88 | $0.00 | $2,297.21 |



University of Redlands
1200 East Colton Avenue
Redlands, CA 92373

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/08/2025 |
| Period End Date | 02/20/2025 |
| Pay Date | 02/28/2025 |
| Document | 119583 |
| **Net Pay** | **$657.06** |

## Pay Details

**GHADIR MOUNIB**
1237 N HOLLYWOOD WAY
APT A
BURBANK, CA 91505
USA

| | | | |
|---|---|---|---|
| Employee Number | 001002930 | Pay Group | Woodbury |
| SSN | XXX-XX-XXXX | Location | Woodbury |
| Job | Student Worker | Unit | 147312 - WU Making Complex |
| Pay Rate | $17.28 | Object | 54400 - Student Wages - NWS |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Non Work Award | 15.000000 | $259.20 | |
| Non Work Award | 15.000000 | $259.20 | |
| Non Work Award | 5.000000 | $90.00 | |
| Non Work Award | 5.000000 | $90.00 | $1,473.93 |
| Work Award | 0.000000 | $0.00 | $268.36 |

Total Hours Worked  0.000000     Total Hours  40.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.34 | $91.93 |
| CA State Income Tax | $0.00 | $7.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 5.5116 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx4022 | Checking | $657.06 |
| Total | | $657.06 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $698.40 | $698.40 | $41.34 | $0.00 | **$657.06** |
| YTD | $1,742.29 | $1,742.29 | $98.98 | $0.00 | $1,643.31 |



University of Redlands
1200 East Colton Avenue
Redlands, CA 92373

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/21/2025 |
| Period End Date | 02/07/2025 |
| Pay Date | 02/14/2025 |
| Document | 117929 |
| **Net Pay** | **$717.89** |

## Pay Details

**GHADIR MOUNIB**
1237 N HOLLYWOOD WAY
APT A
BURBANK, CA 91505
USA

| | | | |
|---|---|---|---|
| Employee Number | 001002930 | Pay Group | Woodbury |
| SSN | XXX-XX-XXXX | Location | Woodbury |
| Job | Student Worker | Unit | 147312 - WU Making Complex |
| Pay Rate | $17.28 | Object | 54400 - Student Wages - NWS |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Non Work Award | 11.500000 | $198.72 | |
| Non Work Award | 20.000000 | $345.60 | |
| Non Work Award | 13.380000 | $231.21 | $775.53 |
| Work Award | 0.000000 | $0.00 | $268.36 |

Total Hours Worked  0.000000      Total Hours  44.880000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $50.59 | $50.59 |
| CA State Income Tax | $7.05 | $7.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 4.7532 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx4022 | Checking | $717.89 |
| Total | | $717.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $775.53 | $775.53 | $57.64 | $0.00 | **$717.89** |
| YTD | $1,043.89 | $1,043.89 | $57.64 | $0.00 | $986.25 |



University of Redlands
1200 East Colton Avenue
Redlands, CA 92373

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/08/2025 |
| Period End Date | 01/20/2025 |
| Pay Date | 01/31/2025 |
| Document | 116791 |
| **Net Pay** | **$268.36** |

## Pay Details

**GHADIR MOUNIB**
1237 N HOLLYWOOD WAY
APT A
BURBANK, CA 91505
USA

| | | | |
|---|---|---|---|
| Employee Number | 001002930 | Pay Group | Woodbury |
| SSN | XXX-XX-XXXX | Location | Woodbury |
| Job | Student Worker | Unit | 147312 - WU Making Complex |
| Pay Rate | $17.28 | Object | 54400 - Student Wages - NWS |
| Pay Frequency | Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Work Award | 15.530000 | $268.36 | $268.36 |

**Total Hours Worked** 15.530000    **Total Hours** 15.530000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| No records found | | |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 4.7532 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx4022 | Checking | $268.36 |
| Total | | $268.36 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $268.36 | $268.36 | $0.00 | $0.00 | **$268.36** |
| YTD | $268.36 | $268.36 | $0.00 | $0.00 | $268.36 |