Certificate Number: 14912-CAC-DE-039496940

Bankruptcy Case Number: 25-12516



14912-CAC-DE-039496940

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2025, at 1:18 o'clock AM EDT, Ghadir Mounib completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: March 30, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor