| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**Ghadir Mounib,**<br><br><br><br>Debtor(s) | Case No: 2:25-bk-12516-BR<br>Chapter 7<br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by  ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                **Ghadir Mounib**
   Mailing Address         **1237 N Hollywood Way Apt A**
   City, State, Zip Code:  **Burbank, CA 91505-2289**

3. **New Address:**
   Mailing Address:        **7500 Glenoaks Blvd**
   City, State, Zip Code:  **Burbank, CA 91504**

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number: _____
   Joint Debtor's DeBN account number: _____

Date: **June 23, 2025**       **Ghadir Mounib**
                              **Requestor's printed name(s)**

                              *[signature]*
                              **Requestor's signature(s)**

                              **Title (if applicable, of corporate officer, partner, or agent)**

---

This form in mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                   Page 1                   **F 1002-1.3.CHANGE.ADDRESS**